IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| AARON PAUL BRYAN REINHART, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV0-5-362-E-BLW |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| JERRY JOHONSON, I.D.O.C. Warden of S.A.W.C., State of Idaho, | ) ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

On October 14, 2005, the Court entered an Order dismissing this action without prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's case is DISMISSED without prejudice.

DATED: **October 14, 2005**

B. LYNN WINMILL
Chief Judge
United States District Court

**JUDGMENT 1**